# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 26-659V
UNPUBLISHED

MELODIE HITCHCOCK on behalf of
her minor child, J.H.,

                    Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                    Respondent.

Chief Special Master Corcoran

Filed: May 28, 2026

## ORDER CONCLUDING PROCEEDINGS[1]

On May 5, 2026, Melodie Hitchcock filed a petition for compensation on behalf of her minor child, J.H., under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa—10 through 34.[2] Petitioner alleged that J.H. suffered an injury from the HPV vaccinations J.H. received on October 21, 2022, and April 26, 2023. ECF No. 1. On May 27, 2026, Petitioner filed a notice of voluntary dismissal.

In light of Petitioner's "notice of dismissal at any time before service of respondent's report" pursuant to Vaccine Rule 21(a)(1)(A), **this case is dismissed without prejudice.** Accordingly, **this Order hereby notifies the Clerk of Court that proceedings "on the merits" of this petition are now concluded, but no judgment "on the merits" should be entered by the Clerk's Office.**

**IT IS SO ORDERED.**

                    **s/Brian H. Corcoran**
                    Brian H. Corcoran
                    Chief Special Master

---

[1] Because this Order contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Order will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.